Mikel Ray Brown
2942 Foss Circle
Bountiful, UT 84010
Email: mikebrown@reagan.com

FILED
2022 OCT 4
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **MIKEL RAY BROWN,**<br><br>    *Plaintiff,*<br><br>  v.<br><br>**DARRELL GRIGGS,** individually and in his capacity as Sergeant-at-Arms of the Utah State Senate<br><br>and<br><br>**DANIEL MCCAY,** individually and in his capacity as Chair for Utah Senate Revenue and Taxation Standing Committee; 952 N 200 E St, Unit 952 Spanish Fork, UT 84660<br><br>and<br><br>**SETH DALTON,** individually and in his capacity as a Trooper for the Utah Highway Patrol<br><br>and<br><br>**GREG HOLLEY,** individually and in his capacity as a Trooper for the Utah Highway Patrol<br><br>and<br><br>**WADE BREUR,** individually and in his capacity as a Trooper for the Utah Highway Patrol<br><br>and<br><br>**ROGER DANIELS,** individually and in his capacity as a Trooper for the Utah Highway Patrol<br><br>and<br><br>**ERNEST PETERSON,** individually and in his capacity as a Trooper for the Utah Highway Patrol<br><br>and<br><br>**MICHAEL RAPICH,** in his official capacity as Superintendent of the Utah Highway Patrol; 4501 South 2700 West, Salt Lake City, UT 84129<br><br>    *Defendants.* | **PLAINTIFF'S REPLY TO DEFENDANTS' MOTION TO DISMISS**<br><br><br>Case No. 1:22-cv-00091<br><br>District Judge Robert J. Shelby |

Plaintiff, *MIKEL RAY BROWN* (hereinafter referred to as "Brown" or "Plaintiff,") submits this response to this Honorable Court in response to the Defendants' motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6).

Plaintiff is grateful to Defendant's counsel for being so kind as to point out the deficiencies in Plaintiff's original petition and complaint. Counsel's arguments are well taken, and in the interest of justice, Plaintiff will be submitting an amended petition and complaint filed concurrently with this reply.

## CONCLUSION

As noted above and to avoid any unnecessary court costs and delay, the Plaintiff submits, concurrently, with this filing, the amended petition and complaint.

*RESPECTFULLY SUBMITTED THIS* __4th__ *Day of October, 2022*

_____
MIKEL RAY BROWN

## CERTIFICATE OF SERVICE

      I hereby certify that on October __4th__, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

KYLE J. KAISER (13924)
*Assistant Utah Attorney General*
SEAN D. REYES (7969)
*Utah Attorney General*
160 E 300 S, 6th Floor
Salt Lake City, UT 84114
Telephone: (801) 366-0100
E-mail: kkaiser@agutah.gov
*Attorney for Defendants*

_____